UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE T. CLARK,

    Plaintiff,

v.

Civil Case No. 14-12519
Honorable Linda V. Parker

LAFAYETTE PLACE LOFTS,
WEST CONSTRUCTION SERVICES,
KYLE WESTBERG, BRENT WESTBERG,
ANGELA HOLBROOK, BOB DAVIS, and
STATE OF MICHIGAN DEPARTMENT OF
CIVIL RIGHTS,

    Defendants.
_____/

## JUDGMENT

Plaintiff filed this lawsuit against Defendants claiming violations of the federal Fair Housing Act, the Michigan Persons with Disabilities Civil Rights Act, and the Michigan Elliott-Larsen Civil Rights Act. The Court previously dismissed Plaintiff's claims against the State of Michigan Department of Civil Rights. In an Opinion and Order entered on this date, the Court granted the remaining defendants' motion for summary judgment and *sua sponte* dismissed Plaintiff's claims against Defendant Angela Holbrook.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

          s/ Linda V. Parker
          LINDA V. PARKER
          U.S. DISTRICT JUDGE

Dated: September 20, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 20, 2016, by electronic and/or U.S. First Class mail.

          s/ Richard Loury
          Case Manager