UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE T. CLARK,

      Plaintiff,

v.

                                      Civil Case No. 14-12519
                                      Honorable Linda V. Parker

LAFAYETTE PLACE LOFTS,
WEST CONSTRUCTION SERVICES,
KYLE WESTBERG, BRENT WESTBERG,
ANGELA HOLBROOK, BOB DAVIS, and
STATE OF MICHIGAN DEPARTMENT OF
CIVIL RIGHTS,

      Defendants.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS, CDS, ET AL. FOR APPEAL (ECF NO. 84)

Plaintiff filed this lawsuit against Defendants claiming violations of the federal Fair Housing Act, the Michigan Persons with Disabilities Civil Rights Act, and the Michigan Elliott-Larsen Civil Rights Act. Plaintiff's claims arose from the denial of his rental application at Lafayette Place Lofts, an apartment complex in Pontiac, Michigan. Defendants moved for summary judgment pursuant to Federal Rule of Civil Procedure 56, which this Court granted in an opinion and order entered September 20, 2016. Judgment was entered against Plaintiff and in favor of Defendants on the same date. Plaintiff has appealed the Court's decision.

Plaintiff subsequently filed a motion requesting transcripts, CDs, video recordings, and cassette recordings "of the United States Congress hearings dated March 15, 2016 and March 17[], 2016 as to" Defendants Governor Rick Snyder, Mr. Darneal Early (the former Emergency Manager for the City of Flint, Michigan), Mr. Rick Lyon (Director of the Michigan Department of Health), etc… In his motion, Plaintiff also states that he is seeking to suppress *and* subpoena these items. Finally, he seeks a waiver of the fees for transcripts in this case. Plaintiff's requests are frivolous.

Any Congressional hearings are irrelevant to Plaintiff's lawsuit and appeal. The only relevant transcripts in this case are the deposition transcripts attached to the dispositive motions filed by Defendants. These are available on the docket and copies previously were served upon Plaintiff. As such, Plaintiff should not have any cost to waive to secure those transcripts.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for transcripts (ECF No. 84) is **DENIED**.

                                                 s/ Linda V. Parker
                                                 LINDA V. PARKER
                                                 U.S. DISTRICT JUDGE

Dated: February 15, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 15, 2017, by electronic and/or U.S. First Class mail.

                                                   s/ Richard Loury
                                                   Case Manager